IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | 1:21-cr-145-HSO-RHWR-1 |
| RONALD HARRIS CUEVAS | § | |

### ORDER DENYING DEFENDANT RONALD HARRIS CUEVAS'S MOTION [40] TO SUPPRESS

This matter came before the Court for hearing on the Motion [40] to Suppress filed on May 31, 2022, by Defendant Ronald Harris Cuevas in the above-captioned case. After conducting a hearing on June 15, 2022, the Court carefully considered the arguments of counsel, the witness testimony, exhibits and relevant legal authority. For the reasons more fully stated on the record at the conclusion of the hearing, the Court finds that Defendant's Motion should be denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Defendant's Motion [40] to Suppress is **DENIED**.

**SO ORDERED AND ADJUDGED**, this the 15th day of June, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE